AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LORD & TAYLOR LLC <br><br> *Plaintiff(s)* <br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Great American Insurance Company,
301E. Fourth Street,
Cincinatti, Ohio 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Gold, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/3/2019                                                                     /s/ J. Gonzalez
                                                                                           *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

LORD & TAYLOR LLC                          :       CASE# 1:18-CV-12312-KPF

   PLAINTIFF(S)                              :

   VS.                                       :

GREAT AMERICAN INSURANCE COMPANY           :       AFFIDAVIT OF SERVICE

   DEFENDANT(S)                              :

STATE OF OHIO          )
                       ) SS.
COUNTY OF HAMILTON     )

TO:  GREAT AMERICAN INSURANCE COMPANY
     301 E. FOURTH STREET
     CINCINNATI, OH 45202

__Brittian Daudelin__ PERSONALLY APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE **SUMMONS; RULE 7.1 STATEMENT; CIVIL COVER SHEET; COMPLAINT** UPON THE ABOVE NAMED PARTY ON THE __4th__ DAY OF __January__, 20__19__, AT APPROXIMATELY __2:57__ __p__.M.

( ) BY DELIVERING TO AND LEAVING WITH THE NOTICED PARTY PERSONALLY;

( ) BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE SAID NOTICED PARTY;

( ) BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE NOTICED PARTY;

(✓) BY DELIVERING AND LEAVING WITH __Shelley Romard, Legal Department__, AN EMPLOYEE OF THE BUSINESS LISTED FOR THE NOTICED PARTY, AUTHORIZED TO ACCEPT SERVICE, IN ABSENCE OF PARTIES LISTED FOR SERVICE ON CIVIL ACTION SUMMONS (SEE NOTES BELOW)

( ) BY POSTING A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT/WITH _____ ON THE ___ DAY OF _____, 20__, AT APPROXIMATELY _____ __M.

( ) SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW)

(NOTES) _____

RECEIVED BY: _Shelly R_    SERVICE DATE: __1-4-19__   TIME: __2:57 pm__

( ) DESCRIPTION:
   SEX:      ___ MALE      ✓ FEMALE
   SKIN:     ✓ WHITE       ___ BLACK     ___ YELLOW    ___ BROWN    ___ RED
   HAIR:     ___ BLACK     ___ BROWN     ✓ BLONDE      ___ GRAY     ___ RED     ___ BALD
   AGE:      ___ 16-20     ___ 21-35     ___ 36-50     ✓ 51-65      ___ 65+
   HEIGHT:   ___ UNDER 5'  ___ 5'-5'3"   ✓ 5'4"-5'8"   ___ 5'9"-6'  ___ 6'+
   WEIGHT:   ___ <100LBS   ___ 100-130   ✓ 131-160     ___ 161-200  ___ >200LBS

___Brittian Daudel___
PROCESS SERVER
LITIGATION SUPPORT SERVICES
817 MAIN STREET, SUITE 400
CINCINNATI, OHIO 45202-2153

SWORN TO BEFORE ME THIS __4th__ DAY OF __January__, 20__19__.

_____
OH / KY NOTARY PUBLIC · COMM. EXP.: __6/17/20__

[Notary Public Seal - State of Ohio]