AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| LORD & TAYLOR LLC, <br> *Plaintiff* <br> v. <br> GREAT AMERICAN INSURANCE COMPANY <br> *Defendant* | ) ) ) ) ) | Case No. 1:18-cv-12312-KPF |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LORD & TAYLOR LLC,

Date: 01/14/2019

s/ William G. Passannante
*Attorney's signature*

William G. Passannante (7460)
*Printed name and bar number*
Anderson Kill P.C.
1251 Avenue of the Americas
New York NY 10020-1182

*Address*

wpassannante@andersonkill.com
*E-mail address*

(212) 278-1328
*Telephone number*

(212) 278-1733
*FAX number*