AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Lord & Taylor LLC <br> *Plaintiff* <br> v. <br> Great American Insurance Company <br> *Defendant* | ) <br> ) <br> ) Case No. 1:18cv12312-KPF <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:   01/14/2019

s/ Vianny M. Pichardo
*Attorney's signature*

*Printed name and bar number*

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*Address*

vpichardo@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*