# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LORD & TAYLOR LLC** <br><br> *Plaintiff(s)* <br><br> v. <br><br> **GREAT AMERICAN INSURANCE COMPANY** <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-12312-KPF |

## AFFIDAVIT OF SERVICE

State of New York, County of New York SS:

**John Brodsky,** being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, is a citizen of the United States of America, and is a resident of the State of New York.

On **January 4, 2019,** at approximately **11:50 am,** deponent served the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, and JUDGE'S RULES, in the above captioned action, upon the **Great American Insurance Company,** by serving the Superintendent of Financial Services @ One State Street – New York, N.Y. 10004, by delivering a true copy of the aforementioned documents to Robert Freedman (Senior Attorney), who accepted service on behalf of the Great American Insurance Company.

Robert Freedman's approximate physical description is:
Skin Color:      White
Gender:          Male
Hair Color:      Balding
Eye Color:       Blues
Height:          5' 10"
Weight:          160 lbs.
Age:             60 – 65 years old

_____
John Brodsky

Sworn to before me on this

18Th Day of January 2019

_____
Notary Public

```
MARGARET ANGELA FREEMAN
Notary Public - State of New York
NO. 01FR6184460
Qualified in Queens County
My Commission Expires Apr 7, 2020
```