**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LORD & TAYLOR LLC | ) | |
| | ) | |
| Plaintiff | ) | No. 18-cv-12312 (KPF) |
| | ) | |
| -against- | ) | |
| | ) | |
| GREAT AMERICAN INSURANCE | ) | |
| COMPANY, | ) | **NOTICE OF APPEARANCE** |
| Defendant | ) | |

To:     The Clerk of the Court and All Parties of Record

Geraldine A. Cheverko of Eckert Seamans Cherin & Mellott, LLC, an attorney admitted

to practice law before this Court, hereby enters an appearance on behalf of Defendant Great

American Insurance Company in the above-referenced action.

Dated: White Plains, New York
       January 25, 2019

Respectfully submitted,

Eckert Seamans Cherin & Mellott, LLC

By: _____

Geraldine A. Cheverko, Esq. [GAC1747]
10 Bank Street, Suite 700
White Plains, New York  10606
Tel:     (914) 949-2909
Direct:  (914) 286-2812
Fax:     (914) 949-5424
E-mail: gcheverko@eckertseamans.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing Notice of Appearance upon the persons listed below via the Court's CM/ECF system and First Class Mail, postage pre-paid on this 25th day of January 2019.

The Clerk of the Court (via ECF)
United States District Court
Southern District of New York

Vianny Maria Pichardo  (via ECF and First Class Mail)
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, NY 10020
(212)-278-1259
Fax: (212)-278-1733
Email: vpichardo@andersonkill.com

William Gorman Passannante  (via ECF and First Class Mail)
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, NY 10020
212-278-1000
Fax: 212-278-1733
Email: wpassannante@andersonkill.com

Joshua Gold  (via ECF and First Class Mail)
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, NY 10020
212-278-1886
Fax: 212-278-1733
Email: jgold@andersonkill.com

Geraldine A. Cheverko, Esq.