IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORD & TAYLOR LLC ) <br> ) <br> Plaintiff ) <br> ) <br> -against- ) <br> ) <br> GREAT AMERICAN INSURANCE ) <br> COMPANY, ) <br> Defendant ) | No. 18-cv-12312 (KPF) <br><br> **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

Defendant Great American Insurance Company ("Great American") provides the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Great American is a wholly-owned subsidiary of American Financial Group, Inc. ("AFG"). AFG is a publicly-traded corporation incorporated in Ohio and trading on the New York Stock Exchange under the symbol "AFG."

DATED:   White Plains, NY 10606
         January 25, 2019

                                        Respectfully submitted,

                                        **GREAT AMERICAN INSURANCE COMPANY**

                                        _____
                                        Geraldine A. Cheverko, Esq. [GAC1747]
                                        ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                        10 Bank Street, Suite 700
                                        White Plains, New York 10606
                                        Tel:    (914) 949-2909
                                        Direct: (914) 286-2812
                                        Fax:    (914) 949-5424
                                        E-mail: gcheverko@eckertseamans.com

                                        - and -

1

Michael A. Graziano (*pro hac vice* anticipated)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., 1200
Washington, D.C.  20006
Tel:    (202) 659-6671
Fax:    (202) 659-6699
E-mail: mgraziano@eckertseamans.com

*Attorneys for Great American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, true and correct copies of the foregoing Defendant's Rule 7.1 Disclosure Statement were served:

Vianny Maria Pichardo, Esq.
William Gorman Passannante, Esq.
Joshua Gold, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, NY 10020

*[signature]*
Geraldine A. Cheverko, Esq.