UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
LORD & TAYLOR LLC,                                    :
                                                      :
                              Plaintiff,              :     18 Civ. 12312 (KPF)
                                                      :
              v.                                      :     ORDER
                                                      :
GREAT AMERICAN INSURANCE                              :
COMPANY,                                              :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

The motion of Michael A. Graziano for admission to practice *Pro Hac Vice* in the above-captioned action is hereby GRANTED. Mr. Graziano has declared that he is a member in good standing of the bars of the States of Virginia and the District of Columbia, and that his contact information is as follows:

> Michael A. Graziano
> Eckert Seamans Cherin & Mellott, LLC
> 1717 Pennsylvania Avenue, N.W., 12th Floor
> Washington D.C., 20006
> Telephone: 202-659-6671
> Fax: 202-659-6699

Mr. Graziano has requested admission *Pro Hac Vice* for all purposes as counsel for Great American Insurance Company. Accordingly, it is hereby ORDERED that Mr. Graziano is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated:   February 6, 2019
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge