UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LORD & TAYLOR LLC,<br><br>                   Plaintiff,<br><br>         v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>                   Defendant. | 18-Civ. 12312 (KPF) |

**CERTIFICATE OF SERVICE**

       Joshua Gold certifies under the penalty of perjury that the foregoing is true and correct:

       I am not a party to the within action and am over 18 years of age.

       On the 8th day of February, 2019, deponent served NOTICE OF INTIAL PRETRIAL CONFERENCE, INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES and CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER upon:

Michael A. Graziano, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., 12th Floor
Washington, DC 20006

AND

Geraldine Cheverko, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
10 Bank St., Suite 700
White Plains, NY 10606

by causing true copies to be enclosed in a first class post-paid envelope properly addressed, and deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York and via email.

                                                                                             Joshua Gold