# ANDERSON KILL P.C.



Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX:  212-278-1733
www.andersonkill.com

Joshua  Gold, Esq.
Jgold@andersonkill.com
212-278-1886

March 12, 2019

**VIA ECF and EMAIL**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

> Re:  Lord & Taylor LLC v Great American Insurance Company
>       18 Civ. 12312 (KPF)

Dear Judge Failla:

We represent the Plaintiff Lord & Taylor LLC ("Lord & Taylor") in the above referenced action.  Pursuant to your Honor's Notice of Initial Pretrial Conference (Doc. 12), Defendant Great American Insurance Company ("GAIC") joins in this letter and the attached Proposed Civil Case Management Plan and Scheduling Order.

> (1) This is an insurance coverage dispute arising from GAIC's denial of Lord & Taylor's claim for insurance coverage under a "Crime Protection Policy" sold by GAIC.  Lord & Taylor claims it is entitled to "Computer Fraud" insurance coverage for losses Lord & Taylor alleges it sustained from theft by online fraudsters.  Lord & Taylor alleges that merchandise was stolen from Lord & Taylor when goods were ordered via computer and paid for online by pre-paid cards.  Lord & Taylor seeks a declaration of GAIC's coverage obligations under the crime insurance policies, and that GAIC has breached its duties owed to Lord & Taylor by refusing to pay the insurance claim.
>
> In turn, GAIC has asserted various affirmative defenses, including that the insurance policy does not provide coverage for Lord &Taylor's insurance claim; Lord &Taylor has failed to comply with the terms of the policy or the conditions precedent in the policy; Lord & Taylor has failed to mitigate its losses; and Lord & Taylor's losses arise from multiple occurrences, none of which exceed the policy's deductible amount per occurrence.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100093476.1

**Anderson Kill P.C.**

March 12, 2019
Page 2

(2) This court has jurisdiction over this matter pursuant to 28 U.S.C. §
1332 because there is complete diversity of citizenship as between the
parties.  Plaintiff Lord & Taylor LLC is a Delaware limited liability
company that is wholly-owned by Hudson's Bay Company, a publicly
traded company that is headquartered in Brampton, ON, Canada and
federally incorporated under the laws of Canada.  None of Lord &
Taylor's members are domiciled or otherwise residents of Ohio.
Defendant GAIC, on the other hand, is incorporated and has its
principal places of business in Ohio.  Thus, because no members of
Lord & Taylor are citizens of Ohio, there is complete diversity of
citizenship. *See Bayerische Landesbank, New York Branch v. Aladdin
Capital Mgt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012).  The amount in
controversy exceeds the sum or value of $75,000.

Personal jurisdiction is proper in New York because there is the
requisite nexus between business conducted by GAIC in New York
and this action.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) &
(c)(2) because GAIC is subject to personal jurisdiction in this matter.

(3) The parties agree to the case management deadlines set forth in the
proposed Civil Case Management Plan and Scheduling Order
submitted herewith.

(4) There are no pending or outstanding motions.

(5) No discovery has taken place thus far other than GAIC serving
document requests and interrogatories on March 1, 2019.

(6) There currently are no settlement discussions scheduled.  The parties
have agreed to enter into private mediation and propose such
mediation take place after document discovery has been completed
and the parties have completed depositions of each other's corporate
representative(s) under Rule 30(b)(6) of the Federal Rules of Civil
Procedure.

(7) The parties do not have any additional information they believe may
assist the Court at this stage of the case.

Should the Court have any questions or require additional information,
please let us know and the parties will respond promptly.

docs-100093476.1

**Anderson Kill P.C.**

March 12, 2019
Page 3

Respectfully submitted,

Joshua Gold

JG/hvc
CC:  Vianny Pichardo, Esq. (Anderson Kill, P.C.)

Michael A. Graziano, Esq.
mgraziano@eckertseamans.com

Geraldine Cheverko, Esq.
gcheverko@eckertseamans.com

docs-100093476.1