UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORD & TAYLOR LLC,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>                              Defendant. | 18 Civ. 12312 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court appreciates the parties' timely filing of their pre-conference submissions.  (Dkt. #19-20).  Unfortunately, due to a scheduling conflict, the initial pretrial conference, previously scheduled for March 20, 2019, is hereby ADJOURNED to **March 21, 2019, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:   March 13, 2018
         New York, New York

                                                    _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge