UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORD & TAYLOR LLC,<br><br>      Plaintiff,<br><br>    -v.-<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>      Defendant. | 18 Civ. 12312 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  Due to a scheduling conflict, the pretrial conference, previously scheduled for July 24, 2019, is hereby ADJOURNED to **July 26, 2019, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

  SO ORDERED.

Dated: July 17, 2019
     New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge