ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Vianny M. Pichardo, Esq.
vpichardo@andersonkill.com
212-278-1259

July 18, 2019

**VIA ECF and EMAIL**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: Lord & Taylor LLC v Great American Insurance Company
18 Civ. 12312 (KPF)

Dear Judge Failla:

We represent the Plaintiff Lord & Taylor LLC ("Lord & Taylor") in the above referenced matter. Defendant Great American Insurance Company ("GAIC") joins in this letter. We recently received an ECF notice that the pretrial conference previously scheduled for July 24, 2019 has been adjourned to July 26, 2019.

The parties would like to inform the Court that a settlement has been reached in principle in connection with this matter and the parties will be filing a joint stipulation of dismissal shortly. As such, the parties request an adjournment of the July 26, 2019 pretrial conference for 30 days.

Should the Court have any questions or require additional information, please let us know and we will respond promptly.

Respectfully submitted,

Vianny M. Pichardo

VMP/hvc
CC: Joshua Gold, Esq. (Anderson Kill, P.C.)


**Anderson Kill P.C.**

July 18, 2019
Page 2

Michael A. Graziano, Esq.
mgraziano@eckertseamans.com

Geraldine Cheverko, Esq.
gcheverko@eckertseamans.com

docs-100162158.1