IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORD & TAYLOR LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>      Defendant. | Civil No. 1:18-cv-12312-KPF<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action is dismissed with prejudice.

The parties shall bear their own respective costs, fees, and expenses.

Dated:
By: ANDERSON KILL P.C.

*/s/* Vianny Pichardo, Esq.

Joshua Gold, Esq.
Vianny Pichardo, Esq.
1251 Avenue of the Americas
New York, NY  10020-1182
(212) 278-1000
*Attorneys for **Plaintiff**
**LORD & TAYLOR LLC***

Dated:
By: ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/* Michael A. Graziano, Esq.

Michael A. Graziano, Esq.
1717 Pennsylvania Avenue, N.W., 12th Fl
Washington, DC 20006
(202) 659-6671
Geraldine Cheverko, Esq.
10 Bank St., Suite 700
White Plains, NY 10606
(914) 949-2909
*Attorneys for **Defendant GREAT AMERICAN INSURANCE COMPANY***

docs-100162307.1

SO ORDERED

Dated: August 19, 2019
New York, New York

KATHERINE POLK FAILLA
United States District Judge